In the Matter of the Probate of the Will of CHARLES RUBENS, Deceased.

MAURICE DREYFUS et al., Appellants; HENRY R. ICKELHEIMER et al., Respondents.

*Matter of Rubens*, 128 App. Div. 626, affirmed.
(Argued March 15, 1909; decided March 30, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 26, 1908, which modified and affirmed as modified a decree of the New York County Surrogate's Court admit-

ting to probate an instrument propounded as the last will and testament of Charles Rubens, deceased.

*J. Woolsey Shepard, Theodore H. Silkman, Edward P. Coyne, Edwards P. Ward* and *Arthur J. Cohen* for appellants.

*Frederic R. Coudert, Delos McCurdy* and *Paul Fuller* for respondents.

Judgment affirmed, with costs, on opinion of CLARKE, J., below, without expressing any view on the modification made by the Appellate Division, as no appeal has been taken therefrom.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.